ET AL. C. A. 5th Cir. [Certiorari granted, 562 U. S. 1127.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–568. NEVADA COMMISSION ON ETHICS *v.* CARRIGAN. Sup. Ct. Nev. [Certiorari granted, 562 U. S. 1127.] Motion of Nevada Legislature for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 10–779. SORRELL, ATTORNEY GENERAL OF VERMONT, ET AL. *v.* IMS HEALTH INC. ET AL. C. A. 2d Cir. [Certiorari granted, 562 U. S. 1127.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

APRIL 18, 2011

No. 09–1314. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* JONES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cullen* v. *Pinholster, ante,* p. 170.

No. 10–305. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* SCHAD. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cullen* v. *Pinholster, ante,* p. 170.

No. 09–988. ARIZONA SCHOOL CHOICE TRUST ET AL. *v.* WINN ET AL. C. A. 9th Cir. The Court reversed the judgment below in *Arizona Christian School Tuition Organization* v. *Winn, ante,* p. 125. Therefore, certiorari granted, and case remanded for further proceedings.

No. 10–9020. OCASIO *v.* McDANIEL, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.